AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-3767-PX

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PATRIOT SUPPLY STORE INC. c/o Corporation Service Company
was received by me on *(date)* 2/18/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Carson Lambert, intake specialist on behalf of Corporation Service Company (registered agent) , who is designated by law to accept service of process on behalf of *(name of organization)*
PATRIOT SUPPLY STORE INC.  on *(date)* 2/19/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 50.00 for travel and $ 50.00 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Date: 3/5/2025

*Server's signature*

LAUREN MOLDAWER, Process Server
*Printed name and title*

1484 State Street, Salt Lake City, UT 84115
*Server's address*

Additional information regarding attempted service, etc:
Served Summons and Complaint upon Defendant Patriot Supply Store Inc., c/o Corporation Service Company (registered agent) at 15 West South Temple, Suite 600, Salt Lake City, UT 84101, by handing to: Carson Lambert, intake specialist, who accepted service on February 19, 2025 at approximately 3:17 PM Mountain Time. Description of person served: white male, mustache, nose ring, tattoos on his left arm, grey button down shirt. Photo taken to confirm service attached.



