UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

-------------------------------------------------------------------
TODD STAVE,

                              Plaintiff,

   - against –

                                                   Civil Action No.: 8:24-CV-03767

PATRIOT SUPPLY STORE INC.,           **FED. R. CIV. P. 7.1 AND L.R. 103(3) DISCLOSURE STATEMENT**

                              Defendant.
-------------------------------------------------------------------

     Pursuant to Fed. R. Civ. P. 7.1 and L.R. 103(3), Defendant, PATRIOT SUPPLY STORE INC. ("Defendant"), by and through its attorneys, GORDON REES SCULLY MANSUKHANI, LLP, hereby provides the following information: Patriot Supply Store, Inc. is a subsidiary of Ready Alliance Group, Inc.

Dated:  Greenbelt, Maryland
         March 12, 2025

                                          Respectfully submitted,

                                          By: */s/ Jonathan A. Barnes*
                                           Jonathan A. Barnes (Bar No. 19384)
                                          GORDON & REES SCULLY MANSUKHANI LLP
                                          277 S. Washington Street, Suite 550
                                          Alexandria, VA  22314
                                          T: (202) 399-1009
                                          Email:  jbarnes@grsm.com
                                          *Attorneys for Defendant*

TO:    TODD STAVE
        11403 Spice Oak Terrace
        Rockville, MD 20850
        T: (732) 735-9339
        toddstave@gmail.com
        *Plaintiff, Pro Se*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served on the plaintiff by the Court's CM/ECF system by email at the email address submitted to the Court and pursuant to plaintiff's Consent by Self-Represented Litigant to Receive Notices of Electronic Filing (ECF No. 3).

Dated:  March 12, 2025                          */s/ Jonathan A. Barnes* _____
                                                            Jonathan A. Barnes